**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOSHE LEDERFEIND and GOLIATH LABORATORIES, LLC,<br><br>                      Plaintiffs,<br><br>         v.<br><br>BARTHOLOMEW PANESSA, NUTRALOID LABS INC, and ANTHONY J. LISANTI,<br><br>                      Defendants. | Civil Case No. 1:23-cv-01394-GTS-CFH<br><br>**[PROPOSED] AMENDMENT TO SCHEDULING ORDER** |

This Court having considered the extension request of both Parties, and good cause having been shown, hereby Amends the Scheduling Order dated February 13, 2024, as follows:

1) Fact discovery is to be completed on or before April 30, 2025

2) Expert discovery

   a. Plaintiff and Counterclaim Plaintiff shall identify their affirmative experts and shall serve their expert's written report, if any, by June 30, 2025

   b. Defendant and Counterclaim Defendant, shall identify their defense experts and shall serve their expert's written report, if any, by August 15, 2025

   c. All parties shall file and serve rebuttal expert reports by September 15, 2025

3) All discovery shall be completed by October 15, 2025

4) All motions, including dispositive motions, shall be filed on or before November 15, 2025.

5) Mandatory Mediation referral and deadlines are hereby waived.

6) All other provision of the February 13, 2024, Scheduling Order remain in full force and effect.

Entered this _____ day of January _____, 2025

By: _____
Hon. Paul J. Evangelista
United States Magistrate Judge